IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR52 |
| | ) | |
| v. | ) | |
| | ) | |
| TAMEAKA L. SMITH | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter came on for hearing pursuant to defendant's Motion to Modify Conditions of Supervised Release, Filing No. 40. The defendant appeared through her attorney, Jill Daley. Assistant United States Attorney Thomas Kangior appeared on behalf of the government. The court being fully advised finds that the defendant's supervised release should be modified to allow contact with convicted felon Isidro Tarin. However, the court finds that she may not live with Mr. Tarin until such time he is divorced, and they have presented a plan to financially care for their dependant children.

IT IS, THEREFORE, ORDERED that Standard Condition 9 of the defendant's supervised release is modified to allow contact with Isidro Tarin Smith as set forth in this order.

DATED this 7th day of June, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge